**Ronald TAYLOR, Petitioner–Appellant,**

v.

**Matthew L. CATE, Secretary of the California Department of Corrections and Rehabilitation, Respondent–Appellee.**

No. 11–55247.

United States Court of Appeals, Ninth Circuit.

June 5, 2015.

Kurt David Hermansen, Esquire, Law Office of Kurt David Hermansen, San Diego, CA, for Petitioner–Appellant.

Ronald Taylor, pro se.

Linda Cheryl Johnson, Supervising Deputy Attorney General, Eric Eugene Reynolds, Deputy Attorney General, Office of

---

the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.